## PROOF OF SERVICE

This Summons for SHANE ERICKSON was received by me the __6th__ day of __May__ 2021.

__X__ I personally served the summons on the individual at __1005 Baker Ave., Whitefish, MT__ on the __7th__ day of __May__ 2021; or

___ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on the _____ day of _____ 2021; or

___ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ at _____ *(location)* on the _____ day of _____ 2021; or

___ I returned the summons unexecuted because _____; or

___ Other *(specify)*: _____

My fees are $__19.50__ for travel and $__70.00__ for services, for a total of $__89.50__.

[SIGNATURE PAGE FOLLOWS]

I declare under penalty of perjury that this information is true.

_5/10/2021_
Date

_Amanda G Jensen_
Server's signature

_Amanda S. Jensen Process Server_
Printed name and title

_P.O. Box 2562_
_Kalispell, MT. 59903_

Server's address

Additional information regarding attempted service, etc: