Sean M. Morris
Jori Quinlan
WORDEN THANE P.C.
321 W. Broadway St., Ste. 300
Missoula, MT 59802
(406) 721-3400
smorris@wordenthane.com
jquinlan@wordenthane.com

Diane Doolittle (*pro hac vice status pending*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr. 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
dianedoolittle@quinnemanuel.com

Bruce Van Dalsem (*pro hac vice status pending*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
brucevandalsem@quinnemanuel.com

Adam J. DiClemente (*pro hac vice status pending*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
adamdiclemente@quinnemanuel.com

> *Attorneys for Defendants Michael L. Goguen; the Michael L. Goguen Trust; Whitefish Frontiers, LLC; Valley Oak, LLC; Casey's Management, LLC; Two Bear Security, LLC; Two Bear Air 1, LLC; Crystal Slopeside, LLC; and Two Bear Air Rescue Foundation*

| | |
|---|---|
| MATTHEW MARSHALL; JOHN MAGUIRE; KEEGAN BONNET; and ANTHONY AGUILAR, Individuals,<br><br>*Plaintiff[s]*,<br><br>v.<br><br>MICHAEL L. GOGUEN, an individual; The Trustee of the MICHAEL L. GOGUEN TRUST, a California Trust; WHITEFISH FRONTIERS, L.L.C., a Delaware limited liability company; VALLEY OAK, LLC, a Delaware limited liability company; PROOF RESEARCH, INC., a Delaware corporation; CASEY'S MANAGEMENT, LLC; TWO BEAR SECURITY, LLC; TWO BEAR AIR 1, LLC; CRYSTAL SLOPESIDE, LLC; TWO BEAR AIR RESCUE FOUNDATION, a Delaware non-profit corporation; KAREN VALLADAO, an individual; FRANK, RIMERMAN + CO. LLP, believed to be a California limited liability partnership; SHANE ERICKSON, an individual,<br><br>*Defendants*. | CV-21-19-M-DWM<br><br><br><br>**GOGUEN DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** |

Defendants Michael L. Goguen; the Michael L. Goguen Trust; Whitefish Frontiers, LLC; Valley Oak, LLC; Casey's Management, LLC; Two Bear Security, LLC; Two Bear Air 1, LLC; Crystal Slopeside, LLC; and Two Bear Air Rescue Foundation, by and through their counsel of record, hereby move to dismiss the

Plaintiffs' Complaint on the grounds that it fails to state a claim for which relief can be granted under Rule 12(b)(6).

Plaintiffs were contacted regarding this motion, which they oppose. A brief in support of this motion is filed herewith.

Date: June 30, 2021

*Attorneys for Defendants Michael L. Goguen; the Michael L. Goguen Trust; Whitefish Frontiers, LLC; Valley Oak, LLC; Casey's Management, LLC; Two Bear Security, LLC; Two Bear Air 1, LLC; Crystal Slopeside, LLC; and Two Bear Air Rescue Foundation*

QUINN EMANUEL URQUHART & SULLIVAN, LLP (*pro hac vice status pending*)

_____
Diane Doolittle
Bruce Van Dalsem
Adam DiClemente

WORDEN THANE P.C.

_____
Sean Morris
Jori Quinlan

# CERTIFICATE OF SERVICE

I certify that on the 30th day of June 2021, I served a copy of the preceding document via CM/ECF on:

Adam H. Owens, Esq.
Gregory G. Costanza, Esq.
GRANITE PEAK LAW, PLLC
201 W. Madison Ave., Ste. 450
Belgrade, MT 59714
(406) 586-0576
adam@granitepeaklaw.com
gregory@granitepeaklaw.com

*Attorneys for Plaintiff*

/s/ Shelyn Neel