IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MATTHEW MARSHALL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL L. GOGUEN, et al.,<br><br>Defendants. | CV 21–19–M–DWM<br><br><br><br>ORDER |

      This action was originally filed on February 12, 2021. (Doc. 1.) Over a year later, it is on its second round of motions to dismiss and a schedule has not yet been set. (*See* Docs. 60, 62, 64, 66, 68, 74, 90.) On April 1, 2022, those motions were set for hearing the week of May 9, 2022. (*See* Docs. 101, 103.) Plaintiffs now seek to continue that hearing to July 2022, highlighting the challenges of communicating with their incarcerated client, as well as preexisting court conflicts. (Doc. 104.) Given the early stage of the proceedings, the fact the case has been pending over a year despite that early stage, and the obstacles identified by Plaintiffs,

1

IT IS ORDERED that the May 11, 2022 motion hearing is VACATED. The pending motions will be resolved without oral argument absent further order of the Court.

DATED this 26th day of April, 2022.

_____
Donald W. Molloy, District Judge
United States District Court