IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MATTHEW MARSHALL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL L. GOGUEN, et al., <br><br> Defendants. | CV 21-19-M-DWM <br><br> JUDGMENT OF DISMISSAL |

This action came before the Court for determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED, pursuant to the Court's Order (Doc. 106), that Defendants' motions to dismiss (Docs. 60, 62, 64, 66, 68, 74, and 90) are granted. Plaintiffs' RICO claims (Claims One through Six) are dismissed with prejudice. The Court declines to exercise jurisdiction over Plaintiffs' state law claims (Claims Seven and Eight).

This matter is now closed.

Dated this 24th day of May, 2022.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk