
Adam H. Owens, Esq.
Gregory G. Costanza, Esq.
Granite Peak Law, PLLC
201 W. Madison Ave., Ste. 450
Belgrade, MT 59714
(406) 586-0576
adam@granitepeaklaw.com
gregory@granitepeaklaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| MATTHEW MARSHALL; JOHN MAGUIRE; KEEGAN BONNET; and ANTHONY AGUILAR, individuals; MATTHEW MARSHALL, derivatively on behalf of Amyntor Group, LLC.<br><br>          Plaintiffs/Appellants<br>v.<br><br>MICHAEL L. GOGUEN, an individual; The Trustee of the MICHAEL L. GOGUEN TRUST, a California Trust; WHITEFISH FRONTIERS, LLC, a Delaware Limited Liability Company; TWO BEAR SECURITY, LLC, a Montana Limited Liability Company; PROOF RESEARCH, INC, a Delaware Corporation; KAREN VALLADAO, an individual; FRANK, RIMERMAN + CO, LLP, believed to be a California Limited Liability Partnership; SHANE ERICKSON, an individual; SHAWN LEWIS, an individual; NIC MCKINLEY, an individual; RICHARD HEGGER, an individual; Amyntor Group LLC, a nominal Defendant; and DOES 1 through 100. | Case No. 9-21-cv-00019-DWM<br><br>JOINT NOTICE OF APPEAL |

| Defendants/Appellees | |
|---|---|
| | |

Pursuant to 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), notice is hereby given that John McGuire, Keegan Bonnet, Anthony Aguilar, and Matthew Marshall, individually and derivatively on behalf of Amyntor Group, LLC, Plaintiffs in the above-captioned matter, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the opinion and Order of the United States District Court for the District of Montana (Document 106) and Clerk's Judgment of Dismissal (Document 107), dismissing Plaintiffs matter with prejudice, with respect to all Defendants entered in this action on May 24, 2022.

Respectfully submitted this 22nd day of June, 2022.

/s/ Gregory G. Costanza
Gregory G. Costanza, Esq.
Granite Peak Law, PLLC
201 W. Madison Ave., Ste. 450
Belgrade, MT 59714
(406) 586-0576
gregory@granitepeaklaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on June 22, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

<div style="text-align:right">

<u>/s/ Gregory G. Costanza</u>
Gregory G. Costanza, Esq.
Granite Peak Law, PLLC
201 W. Madison Ave., Ste. 450
Belgrade, MT 59714
(406) 586-0576
gregory@granitepeaklaw.com
*Attorney for Plaintiffs*

</div>